IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR05-0395CRB |
| Plaintiff, | ) | ~~(PROPOSED)~~ ORDER EXONERATING BAIL |
| vs. | ) | |
| YOUNG JOO LEE | ) | |
| Defendants. | ) | |

WHEREFORE GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the bond posted in the above-entitled matter is exonerated.

SO ORDERED.

DATED: March 16, 2006

Hon. CHARLES R. BRYER
United States District

*IT IS SO ORDERED
Judge Charles R. Breyer*

Order to Exonerate Bail
CR05-0395CRB